**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:20-CV-429 |
| | § | |
| 11.399 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND JUAN | § | |
| INDALECIO GARCIA, | § | |
| | § | |
| *Defendants.* | § | |

---

### COMPLAINT IN CONDEMNATION

---

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney
Southern District of Texas No.3399716
Puerto Rico Bar No. 15494
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8004
Facsimile:  (956) 618-8016
E-mail: Hilda.Garcia.Concepcion@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**<u>SCHEDULE B</u>**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-6068
Owner:  Juan Indalecio Garcia
Acres:  11.399

**Being** a 11.399 acre tract (496,528 sq ft) parcel of land, more or less, being out of a called 134.700 acres, calculated as 136.773 acres, in Porcion 78, abstract 82, Starr County, Texas, conveyed to Juan Indalecio Garcia, Doc.# 2018-3433649 and Doc.# 2018-344786.  Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-01 2019, having the following NAD83 (2011) Grid Coordinates N=16662165.65, E=876387.48; Thence S60°43'27"W to an existing barbed wire fence, a distance of 4951.38 feet to a found iron rod on the West line of the Juan Indalecio Garcia TRACT, Doc.# 2018-3433649 and Doc.# 2018-344786, for the **Point of Commencement,** having the following coordinates: N=16659744.35, E=872068.52.

**Thence:** N29°59'17"W along said property line, along said fence, a distance of 179.81 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6085-1=6068-1, on the Southern boundary of the parcel herein described, for the **Point of Beginning,** having the following coordinates: N=16659900.09, E=871978.65.

**Thence:** N29°59'17"W along said property line, along said fence, departing said Southern boundary, a distance of 219.73 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6085-4=6068-2 for angle, said point being on the Northern boundary of the parcel herein described;

**Thence:** N77°07'20"E departing said property line, departing said fence, along said Northern boundary, crossing the center of an existing 14 foot wide dirt road at 60 feet, a distance of 431.86 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-2A for a Point on Line;

**Thence:** N77°07'20"E along said Northern boundary, a distance of 431.86 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-3 for angle;

**Thence:** N75°37'45"E along said Northern boundary, crossing the center of an existing 12 foot wide dirt road at 33 feet, a distance of 388.05 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-3A for a Point on Line;

**SCHEDULE C cont'd**

**Thence:** N75°37'45"E along said Northern boundary, crossing an existing barbed wire fence at 184.79 feet, departing the Juan Indalecio Garcia tract, Doc.# 2018-3433649 and entering the Juan Indalecio Garcia tract, Doc.# 2018-344786 at 243.50 feet, crossing the center of an existing 14 foot wide dirt road at 194 feet, a distance of 388.05 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-3B for a Point on Line;

**Thence:** N75°37'45"E along said Northern boundary, crossing the center of an existing 10 foot wide dirt road at 168 feet, a distance of 388.05 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-3C for a Point on Line;

**Thence:** N75°37'45"E along said Northern boundary, crossing the center of an existing 14 foot wide dirt road at 361 feet, a distance of 388.05 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6047-1=6068-4 for angle, said point being on the East line of the Juan Indalecio Garcia tract, Doc.# 2018-344786 and on the West line of the Iroquois, LLC tract, Volume 1500, Page 357;

**Thence:** S02°35'10"E departing said Northern boundary, along said property line, to an existing 10 foot wide dirt road, a distance of 214.52 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6047-8=6068-5 for angle, said point being on the Southern boundary of the parcel herein described;

**Thence:** S75°37'45"W along said Southern boundary, departing said property line, departing said dirt road, a distance of 377.78 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-5A for a Point on Line;

**Thence:** S75°37'45"W along said Southern boundary, crossing an existing 9 foot wide dirt road at 248 feet, a distance of 377.78 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-5B for a Point on Line;

**Thence:** S75°37'45"W along said Southern boundary, crossing an existing 12 foot wide dirt road at 166 feet, departing the Juan Indalecio Garcia tract, Doc.# 2018-344786 and entering the Juan Indalecio Garcia tract, Doc.# 2018-3433649 at 172.50 feet, crossing an existing barbed wire fence at 175.49 feet, a distance of 377.78 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-5C for a Point on Line;

**Thence:** S75°37'45"W along said Southern boundary, crossing an existing 14 foot wide dirt road at 265 feet, a distance of 377.78 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-6 for angle;

## <u>SCHEDULE C cont'd</u>

**Thence:** S77°07'20"W along said Southern boundary, a distance of 400.91 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6068-6A for a Point on Line;

**Thence:** S77°07'20"W along said Southern boundary, crossing an existing 12 foot wide dirt road at 376 feet, a distance of 400.91 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D cont'd



## SCHEDULE D cont'd



## SCHEDULE D cont'd



RGV-RGC-6068
11.399 AC.
496,528 SQ. FT.

SCALE IN FEET

*NOTE:
ALL ROADS ARE PRIVATE, UNLESS NOTED OTHERWISE.

JUAN INDALECIO GARCIA
PROPERTY ID: N/A
DOC# 2018-344786
S.C.C.H.
AUGUST 23, 2018

JUAN INDALECIO GARCIA
PROPERTY ID: N/A
DOC# 2018-343649
S.C.C.H.
JUNE 5, 2018

JUAN INDALECIO GARCIA
PROPERTY ID: N/A
DOC# 2018-344786
S.C.C.H.
AUGUST 23, 2018

JUAN INDALECIO GARCIA
PROPERTY ID: N/A
DOC# 2018-343649
S.C.C.H.
JUNE 5, 2018

| SHEET NO. | METES & BOUNDS SURVEY | | |
|---|---|---|---|
| 7 OF 10 | JUAN INDALECIO GARCIA | | |
| | TRACT NO. RGV-RGC-6068 | | |
| | STARR COUNTY          TEXAS | | |

DRAWN BY:
CHECKED BY:
SURVEY DATE:
PLOT DATE:

MARK  DESCRIPTION  DATE  APPR.

BORDER WALL TASK ORDER: 003
CONTRACT NO. : W9126F-15-D-0012

EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING

US Army Corps
of Engineers

EMC, INC. PROJECT NO.: 19036

## SCHEDULE D cont'd



## SCHEDULE D cont'd



GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.999949607 (E.G. GRID X 0.999949607 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON DECEMBER 18, 2019 (TICKET NO. 1985258452).

| SHEET NO. | METES & BOUNDS SURVEY | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 OF 10 | JUAN INDALECIO GARCIA | | | | | | |
| | TRACT NO. RGV-RGC-6068 | | | | | | |
| | STARR COUNTY          TEXAS | | | | | | |





EMC, INC. PROJECT NO.: 19036

## SCHEDULE D cont'd

| PARCEL TABLE | | | | | |
|---|---|---|---|---|---|
| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
| P1 | RGV-RGC-6085-1=6068-1 | 16659900.09 | 871978.65 | | |
| L1 | | | | 219.73' | N29°59'17"W |
| P2 | RGV-RGC-6085-4=6068-2 | 16660090.40 | 871868.82 | | |
| L2 | | | | 431.86' | N77°07'20"E |
| P3 | RGV-RGC-6068-2A | 16660186.65 | 872289.82 | | |
| L3 | | | | 431.86' | N77°07'20"E |
| P4 | RGV-RGC-6068-3 | 16660282.90 | 872710.82 | | |
| L4 | | | | 388.05' | N75°37'45"E |
| P5 | RGV-RGC-6068-3A | 16660379.21 | 873086.73 | | |
| L5 | | | | 388.05' | N75°37'45"E |
| P6 | RGV-RGC-6068-3B | 16660475.52 | 873462.63 | | |
| L6 | | | | 388.05' | N75°37'45"E |
| P7 | RGV-RGC-6047-3C | 16660571.84 | 873838.54 | | |
| L7 | | | | 388.05' | N75°37'45"E |
| P8 | RGV-RGC-6047-1=6068-4 | 16660668.15 | 874214.44 | | |
| L8 | | | | 214.52' | S02°35'10"E |
| P9 | RGV-RGC-6047-8=6068-5 | 16660453.84 | 874224.12 | | |
| L9 | | | | 377.78' | S75°37'45"W |
| P10 | RGV-RGC-6068-5A | 16660360.08 | 873858.16 | | |
| L10 | | | | 377.78' | S75°37'45"W |
| P11 | RGV-RGC-6068-5B | 16660266.32 | 873492.21 | | |
| L11 | | | | 377.78' | S75°37'45"W |
| P12 | RGV-RGC-6068-5C | 16660172.55 | 873126.25 | | |
| L12 | | | | 377.78' | S75°37'45"W |
| P13 | RGV-RGC-6068-6 | 16660078.79 | 872760.29 | | |
| L13 | | | | 400.91' | S77°07'20"W |
| P14 | RGV-RGC-6068-6A | 16659989.44 | 872369.47 | | |
| L14 | | | | 400.91' | S77°07'20"W |

| SHEET NO. 10 OF 10 | METES & BOUNDS SURVEY JUAN INDALECIO GARCIA TRACT NO. RGV-RGC-6068 STARR COUNTY          TEXAS | DRAWN BY: JP          SDS CHECKED BY: WBG          SDS SURVEY DATE: SDS PLOT DATE: SHEET          SDS SIZE          ANSI-A | MARK | DESCRIPTION | DATE | APPR. | EMC, Inc. SPECIALISTS IN SURVEYING & MAPPING BORDER WALL TASK ORDER: 003 CONTRACT NO.: W9128F-15-D-0012 | US Army Corps of Engineers® |

EMC, INC. PROJECT NO. 19036



Tract:  RGV-RGC-6068
Owner:  Juan Indalecio Garcia
Acreage:  11.399

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-6068
Owner:  Juan Indalecio Garcia
Acres:  11.399

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described in conveyances recorded with Official Records of Starr County, Texas, document number 2018-3433649, and document number 2018-344786, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E cont'd



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SIXTY FIVE THOUSAND SEVEN HUNDRED FIFTY EIGHT DOLLARS AND NO/100 ($65,758.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Juan Indalecio Garcia** ██████████ ██████████████ ██████████ ███████████████ ████████████ ██████████ | **RGV-RGC-6068** General Warranty Deed, Document #2018-344786; Recorded August 29, 2018 Official Records of Starr County General Warranty Deed, Document #2018-343649; Recorded June 25, 2018 Official Records of Starr County |
| **Ameida Salinas** Tax Assessor/Collector 100 North FM 3167, Suite 201 Rio Grande City, Texas 78582 | Taxing Authority |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

United States of America

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Hilda M. Garcia Concepción, United States Attorney's Office, SDTX, 1701 West Bus. Hwy. 83, Suite 600, McAllen, TX 78501

## DEFENDANTS

11.399 Acres of land, more or less, Situate in Starr County, State of Texas; and Juan Indalecio Garcia,

County of Residence of First Listed Defendant    Starr County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII. REQUESTED IN COMPLAINT:

☐  CHECK IF THIS IS A **CLASS ACTION**
      UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                                          DOCKET NUMBER

DATE
12/22/2020

SIGNATURE OF ATTORNEY OF RECORD
s/ Hilda Garcia Concepcion

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE